UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AL MOSHIR,<br><br>                              Plaintiff,<br><br>       -against-<br><br>INDEPENDENT AND GLOBALIST<br>POLITICAL PARTY OF UNITED STATES<br>OF AMERICA INCORPORATED, et al.,<br><br>                              Defendants. | 23-CV-5429 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the July 27, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 27, 2023
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge